**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Palms Golf Club, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0775273** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **57000 Palms Drive** <br> **La Quinta, CA 92253** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Riverside** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **thepalmsgc.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **The Palms Golf Club, Inc.**                                        Case number (*if known*) _____
Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

7139

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

---

Debtor    **The Palms Golf Club, Inc.**                            Case number (*if known*) _____
                Name

**10.  Are any bankruptcy cases**    ■ No
      **pending or being filed by a**    ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in**    *Check all that apply:*
      *this district?*
                                   ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                   ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
      **have possession of any**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**    **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                   ☐ It needs to be physically secured or protected from the weather.

                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other _____
                                   **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code
                                   **Is the property insured?**
                                   ☐ No
                                   ☐ Yes.   Insurance agency _____
                                            Contact name _____
                                            Phone _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
      **available funds**
                                   ■ Funds will be available for distribution to unsecured creditors.

                                   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
      **creditors**             ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                ■ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                ☐ 200-999

**15.  Estimated Assets**    ☐ $0 - $50,000               ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    **The Palms Golf Club, Inc.**                                          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   __The Palms Golf Club, Inc.__                                    Case number (*if known*) _____
      Name

---

**◼ Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __5/19/2023__
           MM / DD / YYYY

**X** /s/ Peter David Baucom                                    Peter David Baucom
   Signature of authorized representative of debtor          Printed name

   Title   **GM/COO**

---

**18. Signature of attorney**

**X** /s/ Marc C. Forsythe                          Date   __5/19/2023__
   Signature of attorney for debtor                        MM / DD / YYYY

   **Marc C. Forsythe 153854**
   Printed name

   **Goe Forsythe & Hodges LLP**
   Firm name

   **17701 Cowan**
   **Building D, Suite 210**
   **Irvine, CA 92614**
   Number, Street, City, State & ZIP Code

   Contact phone   **(949) 798-2460**          Email address   mforsythe@goeforlaw.com

   **153854 CA**
   Bar number and State

---

## United States Bankruptcy Court
### Central District of California

In re   <u>The Palms Golf Club, Inc.</u>                                     Case No. <u>                      </u>

                                            Debtor(s)            Chapter     <u>**11**</u>

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Peter David Baucom**, declare under penalty of perjury that I am the **Chief Executive Officer** of **The Palms Golf Club, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the <u>19th</u> day of <u>March</u>, <u>2023</u>.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court to reorganize pursuant to Chapter 11 of Title 11 of the United States Code, specifically 11 U.S.C. Section 1181, et. al. (SubChapter V);

Be It Therefore Resolved, that **Peter David Baucom, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case to reorganize pursuant to 11 U.S.C. Section 1181, et. al. (SubChapter V) on behalf of the corporation; and

Be It Further Resolved, that **Peter David Baucom, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Peter David Baucom, Chief Executive Officer** of this Corporation is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **Goe Forsythe & Hodges LLP** to represent the corporation in such bankruptcy case."

Date   <u>5 -3 -23</u>                  Signed                                                  
                                                       Peter David Baucom

Resolution of Board of Directors
of
The Palms Golf Club, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court to reorganize pursuant to Chapter 11 of Title 11 of the United States Code , specifically 11 U.S.C. Section 1181, et. al. (SubChapter V);

Be It Therefore Resolved, that Peter David Baucom, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case to reorganize pursuant to 11 U.S.C. Section 1181, et. al. (SubChapter V) on behalf of the corporation; and

Be It Further Resolved, that Peter David Baucom, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Peter David Baucom, Chief Executive Officer of this Corporation is authorized and directed to employ Marc C. Forsythe 153854, attorney and the law firm of Goe Forsythe & Hodges LLP to represent the corporation in such bankruptcy case.

Date 5/9/2023          Signed _____
                               Richard Knee

Date 5/10/2023         Signed _____
                               Jim King

Date 5-9-23            Signed _____
                               TJ Gorence

Date 5/4/2023          Signed _____
                               Sue McCoy

Date 5/10/2023         Signed _____
                               Mark Hoppe

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Palms Golf Club, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Bank 12345 West Colfax Avenue Denver, CO 80215** | **(303) 232-2000** | **Promissory Note** | **Contingent** | | | **$250,000.00** |
| **J D Ebersberger 50 Laken Lane Palm Desert, CA 92211** | **John Ebersberger** **ebersberger5@cs.com** **(760) 535-3294** | **Settlement Agreement** | **Unliquidated** | | | **$88,000.00** |
| **Simplot Turf & Horticulture P.O. BOX 841136 Los Angeles, CA 90084-1136** | **Armando Acosta** **Amardo.Acosta@simplot.com** **(888) 837-6177** | **Chemicals for Golf Course Maintenance** | **Unliquidated** | | | **$35,326.41** |
| **Cobra Puma Golf, Inc P.O. BOX 74008948 Chicago, IL 60674-8948** | **Renei Maine** **renei.main@cobrapuma.com** **760-710-3436** | **Golf Shop supplies (Retail sales)** | **Unliquidated** | | | **$12,582.40** |
| **Target Specialty Products P.O. BOX 14084 Reading, PA 19612-4084** | **Violeta Soto** **violeta.soto@target-specialty.com** **(562) 802-3296** | **Chemical for Golf Course maintenance** | **Unliquidated** | | | **$9,476.44** |
| **Callaway PO Box 9002 Carlsbad, CA 92018-9002** | **Edna Williams** **Edna.Williams@callawaygolf.com** **800-228-2767** | **Golf Shop supplies (Retail sales)** | **Unliquidated** | | | **$9,349.02** |
| **Acushnet Co. PO BOX 844324 Boston, MA 02284-4324** | **acushnet@billtrust.com** **800-225-8500** | **Golf Shop supplies (Retail sales)** | **Unliquidated** | | | **$5,987.12** |
| **Southwest Turf Support P.O. BOX 72866 Phoenix, AZ 85050** | **office.swts@gmail.com** **(623) 926-1890** | **Fertilizers for Golf Course maintenance** | **Unliquidated** | | | **$2,544.75** |

Debtor   **The Palms Golf Club, Inc.**                                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| High Tech Irrigation, Inc. 80-975 Indio Blvd. Bldg A Inido, CA 92201 | Trevor trevor@hightechirrigation.com (760) 347-4116 | Irrigation Maintenance and Repair | Unliquidated | | | $2,427.32 |
| Ping Inc. PO BOX 524520 Phoenix, AZ 85072-2450 | Tabby B. tabbyb@ping.com (800) 528-2268 | Golf Shop supplies (Retail sales) | Unliquidated | | | $2,378.92 |
| Taylor Made Golf Company, Inc. 29516 Network Place Chicago, IL 60673-1295 | Melissa Childers Melissa.Childers@taylormadegolf.com (800) 888-2582 | Golf Shop supplies (Retail sales) | Unliquidated | | | $1,967.24 |
| Slovak Baron Empey Murphy & Pinkney 1800 E. Tahquitz Canyon Way Palm Springs, CA 92262 | sotelo@sbemp.cm (760) 322-2275 | Legal & Consulting | Unliquidated | | | $1,764.00 |
| Mission Linen Supply 1717 E. VISTA CHINO Ste A7-212 Palm Springs, CA 92262 | myaccount@missionlinen.com (760) 778-5288 | Uniforms & Laundry service for maintenance | Unliquidated | | | $741.20 |
| Empire Turf, Inc. P.O. BOX 711951 Salt Lake City, UT 84171 | Beverly beverly@empireinc.org 801-598-0918 | Fertilizers for Golf Course | Unliquidated | | | $541.03 |
| Turf Star, Inc. P.O. BOX 748728 Los Angeles, CA 90074-8728 | credit@turfstar.com (800) 585-8001 | Equipment Maintenance & Repair | Unliquidated | | | $528.89 |
| Reyes Coca Cola P.O. BOX 740214 Los Angeles, CA 90074-0214 | (844) 566-2653 | Beverage Cost for Bar | Unliquidated | | | $510.92 |
| The Estate Group (Rndc) PO Box 743564 Los Angeles, CA 90074 | customersupport@rndc-usa.com (213) 612-1299 | Beverage Cost for Bar | Unliquidated | | | $463.88 |
| Cintas Corporation P.O. BOX 631025 Cincinnati, OH 45263-1025 | cintas_services@cintas.com (909) 295-7080 | First Aid/ AED Lease & monthly service | Unliquidated | | | $448.43 |

Debtor   **The Palms Golf Club, Inc.**                                   Case number *(if known)*  _____

    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gate City Beverage PO Box 842685 Los Angeles, CA 90084-2685** | SipSupport@reyes holdings.onmicros oft.com (909) 799-1600 | **Beverage Cost for Bar** | **Unliquidated** | | | $366.25 |
| **Ship Sticks P.O. BOX 3565 West Palm Beach, FL 33402** | accounting@shipst icks.com (866) 761-5727 | **Shipping** | **Unliquidated** | | | $154.90 |

| Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address<br>Marc C. Forsythe 153854<br>17701 Cowan<br>Building D, Suite 210<br>Irvine, CA 92614<br>(949) 798-2460 Fax: (949) 955-9437<br>California State Bar Number: 153854 CA<br>mforsythe@goeforlaw.com | FOR COURT USE ONLY |
|---|---|
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    **The Palms Golf Club, Inc.**<br><br><br><br><br><br>                                                    Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __21__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  __5/19/2023__

/s/ Peter David Baucom
Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                           **F 1007-1.MAILING.LIST.VERIFICATION**

The Palms Golf Club, Inc.
57000 Palms Drive
La Quinta, CA 92253


Marc C. Forsythe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D, Suite 210
Irvine, CA 92614


Acushnet Co.
PO BOX 844324
Boston, MA 02284-4324


Adam Garcia
52813 avenida Carranza
La Quinta, CA 92253


Alberto Gutierrez
49-841 Calle El Sol
Coachella, CA 92236


Anthony Terrazas
79235 Ashley Pl.
La Quinta, CA 92253


Atanacio Domingues
83336 Tourmaline Ave
Indio, CA 92201


Barbara Sirna
99 Biltmore Ave.
Rye, NY 10580

Ben Englebrecht
721 Huerta Verde Road
Glendora, CA 91741


Bernadette Bransch
39021 Camino Orguesta
Indio, CA 92203


Bill Bryan
81-816 Couples Ct
La Quinta, CA 92253


Bill Leach
64 Horse Creek
Wilsall, MT 59086


Bill McGuigan
3233 W Owasso Blvd.
Shoreview, MN 55126


Bill Snider
19423 Oahu Ln.
Saratoga, CA 95070


Bob Ching
150 Limelight Way
Oroville, CA 95966


Bob Howe
46184 Onyx Court
Indian Wells CA 92210

Bob Lockhart
79140 Big Horn Trail
La Quinta, CA 92253


Bob Macomber
90 Glenn Way #3
San Carlos, CA 94070


Brad Howe
14920 61 Place North
Minneapolis, MN 55446


Brian Curley
4167 N. Marshall Way
Scottsdale, AZ 85251


Burrtec Waste & Recycling Services
41575 Eclectric Street
Newport Beach, CA 92660


California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001


Callaway
PO Box 9002
Carlsbad, CA 92018-9002


Cathy Ballard
1465 Granite Dr.
Reno, NV 89509

Chris Michaels
3356 Saddlebrook
Las Vegas, NV 89141

Cintas Corporation
P.O. BOX 631025
Cincinnati, OH 45263-1025

Clark Munro
520 SE Columbia River Drive
Vancouver, WA 98661

Clifford Cummings
3377 Valencia Ave.
San Bernardino, CA 92404

Coachella Valley Catering
Nicholas Trevino
5700 Palms Drive
Moreno Valley, CA 92553

Coachella Valley Water Ditsrict
P.O. Box 5000
Coachella, CA 92236-5000

Cobra Puma Golf, Inc
P.O. BOX 74008948
Chicago, IL 60674-8948

Craig Kuhn
53540 Avenida Navarro
La Quinta, CA 92253

Curtis McCalla
53-381 Hwy 111 DRILLING
Coachella, CA 92236


Damian Camacho
47284 Palm View St
Indio, CA 92201


Dan Carroll
3111 Bel Air Drive
Las Vegas, NV 89109


Dan Stubbs
79605 Via Sin Cuidado
La Quinta, CA 92253


Darin Downey
58 West Water Dr
Winnipeg, Manitoba B3X 2G2


Darl Young
41-480 Yucca Ln
Bermuda Dunes, CA 92203


David Baucom
46500 Cameo Palms Dr
La Quinta, CA 92253


David Goldfinger
22185 Abrazo
Mission Viejo, CA 92691

David Moran
81507 Avenida Viesca
Indio, CA 92203


Deane Beman
5287 Commissioners Dr
Jacksonville, FL 32224


Deborah Bussman
PO Box 472
Eureka, CA 95501


Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131


Dick McClean
47610 Dancing Butterfly #916
La Quinta, CA 92253


Dn MacKenzie
10954 E Desert Troon Lane Pkwy
Scottsdale, AZ 85255


Don Weir
P.O. Box 10840 10840
Reno, NV 89510


Duane Young
41-480 Yucca Ln
Bermuda Dunes, CA 92203

Edward Casillas
323 Wickiup Dr
Florence, MT 59833


Empire Turf, Inc.
P.O. BOX 711951
Salt Lake City, UT 84171


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Eric Fiskum
3414 Cherokee Dr S.
Salem, OR 97302


Everett Najera
79928 Castille Drive
La Quinta, CA 92253


First Bank
12345 West Colfax Avenue
Denver, CO 80215


Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952


Francisco Frias
70575 Salton View Dr.
Mecca, CA 92254

Frank Beard
74066 De Anza Way
Palm Desert, CA 92260


Frank Heinen
P.O. Box 194
La Quinta, Ca 92247


Fred Couples
C/O The Players Group Inc
Reston, VA 20191


Frontier Communications
CSC Lawyers
Becky DeGeorge
2710 Gateway Oaks Drive
 09583-3000


Gary Wilhoite
73146 Carrizo Circle
Palm Desert, CA 92260


Gate City Beverage
PO Box 842685
Los Angeles, CA 90084-2685


Geoffrey Palmer
270 N Canon Dr.
Beverly Hills, CA 90210


GERARDO JARAMILLO
80623 SYCAMORE LN
INDIO, CA 92201

Greg Holleran
71560 Halgar Rd
Rancho Mirage, CA 92270


Greg Long
4417 N Country Club Ln
Long Beach, CA 90807


Greg Young
81910 Arus St
Indio, CA 92201


Guadalope Rodriquez
100211 Avenue 72
North Shore, CA 92254


Gustavo Tinajero Ponce
52425 Avenue Bermudas
La Quinta, CA 92253


High Tech Irrigation, Inc.
80-975 Indio Blvd. Bldg A
Inido, CA 92201


Imperial Irrigation District
P.O. Box 937
333 East Barioni Blvd.
Imperial, CA 92251-0937


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J & R Green Waste Removal
83215 Choat Ct.
Thermal, CA 92274


J D Ebersberger
50 Laken Lane
Palm Desert, CA 92211


JAIME SAAVEDRA
PO BOX 1172
COACHELLA, CA 92236


James Hamilton
55-575 Oak Hill
La Quinta, CA 92253


James Iverson
5802 Ridgebrook Dr. 603
Agoura Hills, CA 91301


Jan Caron
11175 Guibal Ave.
Gilroy, CA 95020


Jason Thompson
515 High Street SE
Salem, OR 97301


Javier Ochoa Moreno
84619 Calle Diego
Coachella, CA 92236

Javier Regalado
P.O. Box 573
Coachella, CA 92255


Jeff Cole
P.O. Box 4563
Palm Desert, CA 92261


Jeff Strauss
10 Windover Rd.
Littleton, CO 80121


Jeffrey Burns
1821 SE Lieser Point Rd
Vancouver, WA 98664


Jesus Godinez
45827 Rouge River Rd
Indio, CA 92201


Jim Buckley
5893 Lakeview Ln
Yorba Linda, CA 92886


Jim Davis
73-055 Shadow Mtn
Palm Desert, CA 92260


Jim Miller
111 E Jessie St
Rushford, MN 55971

Joe Baron
11175 Guibal Ave.
Gilroy, CA 95020


Joe Elglebrecht
3301 Gilman Rd.
El Monte, CA 91732


Joe Foster
P.O. Box 4563
Palm Desert, CA 92261


John Foster
P.O. Box 1202
La Quinta, CA 92253


John McClure
PO Box 2699
Austin, TZ 78701


John McFarland
79-731 Castille Dr.
La Quinta, CA 92253


John McPhee
55-066 Firestone
La Quinta, CA 92253


John Seiter
3293 Padaro Lane
Carpinteria, CA 93013

Jose Diego TELLEZ
54540 Shady Lane Sp 42
Thermal, CA 92274


Jose Rodriguez
100211 72nd Ave
Mecca, CA 92254


JOSEPH TERRAZAS
79235 ASHLEY PLACE
LA QUINTA;, CA 92253


JUAN REGALADO
84-223 MIRAMAR CT
COACHELLA, CA 92236


JUAN ZAVALA
77775 CALLE DURANGO
LA QUINTA, CA 92253


Kelly Jocoy
5802 Ridgebrook Dr
Agoura Hills, CA 91301


Kris Silva
81363 Palo Verde Dr. South
Indio, CA 92201


Linda Fuller
48-891 Washington
La Quinta, CA 92253

Linda Layland
99 Veneto Circle
Chico, CA 95926


Lucy Butler
80891 Calle Azul
La Quinta, CA 92253


Marco Huerta Serrano
46725 Clinton Street Apt. 203
Indio, CA 92201


Mark Benedetti
C/O Lynne Bushore & Associates
1801 E. Tahquitz Canyon Way, #202
Palm Springs, CA 92262


Mark McGourty
81788 Couple Court
La Quinta, CA 92253


Mark Peterson
79385 Stonegate
La Quinta, CA 92253


Mark Stubbs
79605 Via Sin Cuidado
La Quinta, CA 92253


MARYSOL LUNA
78342 CALICO GLEN DR
BERMUDA DUNES, CA 92203

Michael Barnblatt
156 Loch Lomond Road
Rancho Mirage, CA 92270


Michael Kelso
1176 E Layton Ave
Cherry Hills Vlg, CA 80113


Mission Linen Supply
1717 E. VISTA CHINO Ste A7-212
Palm Springs, CA 92262


Nick Sica
1300 Meadowood Cir
Portland, OH 44514


Oscar Alvarado-Garcia
84618 Calle Diego
Coachella, CA 92236


Pete Mata
1745 Orangethorpe Park
Anaheim, CA 92801


Pete Poulis
2301 E. Skyline Dr
La Habra Heights, CA 90631


Ping Inc.
PO BOX 524520
Phoenix, AZ 85072-2450

Pitney Bowes
P.O. Box 981022
Boston, MA 02298-1022


Ray Arinno
52162 Rosewood Lane DR
La Quinta, CA 92253


Reyes Coca Cola
P.O. BOX 740214
Los Angeles, CA 90074-0214


Ricardo Paredes
45784 Sutter Creek Rd
Indio, CA 92201


Richard Davis
12011 San Vicente Blvd. #510
Los Angeles, CA 90049-4947


Richard Settle
P.O. Box 1691 3400
Allyn, WA 98524


RIGOBERTO REGALADO
83215 Choate Ct
Thermal, CA 92274


Rigoberto Regalado Jr.
83215 Choate Ct
Thermal, CA 92274

Rivco
42941 Madio Street
Indio, CA 92201


Rob Howe
357 Frogtown Rd New
Canaan, CT 06840


ROGELIO HERNANDEZ
53-715 Avenida Ramirez
LA QUINTA;, CA 92253


Ron Dizinno
P.O. Box 1485
La Quinta, CA 92253


Ryan Flanagan
41741 Nevis Place
Bermuda Dunes, CA 92203


Sandra Soto
41807 Brownstown Drive
Bermuda Dunes, CA 92203


Sandy Jocoy
5802 Ridgebrook Dr
Agoura Hills, CA 91301


Sang Beum Nam
45836 Rogue River Rd
Indio, CA 92210

Scott Hinkle
1155 Sidonia St.
Encinitas, CA 92024


Scott Sangalli
1620 Wabash Ave 70
Fort Worth, TX 76107


Ship Sticks
P.O. BOX 3565
West Palm Beach, FL 33402


Simplot Turf & Horticulture
P.O. BOX 841136
Los Angeles, CA 90084-1136


Slovak Baron Empey Murphy & Pinkney
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262


SoCalGas
P.O. Box C
Monterey Park, CA 91756


Southwest Turf Support
P.O. BOX 72866
Phoenix, AZ 85050


Spectrum Business
P.O. Box 6007
City of Industry, CA 91716-0074

Stacey Clark
102/431 Parnell Road
Parnell, Auckland 01052-0000


Stacy Hollis
405 74th. St.
Holmes Beach, FL 34217


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Stephen McGee
81603 Charismatic Way 5579
La Quinta, CA 92253


Stuart Partks
2349 SW Market Street Dr
Portland, OR 97201


Susan McCoy
79125 Fox Run
La Quinta, CA 92253


Susan Sims
78-391 Talking Rock Turn
La Quinta, CA 92253


Target Specialty Products
P.O. BOX 14084
Reading, PA 19612-4084

Taylor Made Golf Company, Inc.
29516 Network Place
Chicago, IL 60673-1295


Terry Walsh
52990 Avendia Rubio
La Quinta, CA 92253


The Estate Group (Rndc)
PO Box 743564
Los Angeles, CA 90074


Theodore Smyth
PO Box 30328 30328
Santa Barbara, CA 93110


Tim O'Neal
2101 SE 96th Ct.
Vancouver, WA 98664


TPX Communications
3300 N. Cimarron Road
NV 89290


Troy Tegeler
3501 Jamboree Rd., Suite 100
Newport Beach, CA 92660


Turf Star, Inc.
P.O. BOX 748728
Los Angeles, CA 90074-8728

Tyler Bollinger
13864 Nisula Rd.
McCall, ID 83638


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


United States Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8807


US Bank
PO Box 790448
Saint Louis, MO 63179-0448


Valerie Cannon
21580 Dunrobin Way
Yorba Linda, CA 92887


Wesley Oliphant
77900 Ave of States
Palm Desert, CA 92211


Westair Gases & Equipment
3591 N. INDIAN CANYON DR.
Palm Springs, CA 92262


William Reinsberg
31 Indian Wells
Moraga, CA 94556

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe – State Bar No. 153854<br>Reem J. Bello – State Bar No. 198840<br>Brandon J. Iskander – State Bar No. 300916<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan<br>Building D, Suite 210<br>Irvine, CA 92614<br>mforsythe@goeforlaw.com<br>rbellow@goeforlaw.com<br>biskander@goeforlaw.com | |
| ☒ *Attorney for:* Debtor: The Palms Golf Club, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>THE PALMS GOLF CLUB, INC.,<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <div align="right">Plaintiff(s).</div> | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of ~~attorney or~~ declarant)* Peter David Baucom, COO_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 5 - 19 - 23

By: _____

Signature of Debtor, or attorney for Debtor

Name: Peter David Baucom, COO

Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.